

U.S. Department of Justice

United States Attorney
Eastern District of New York

RTF:DDN:cc
2003R02404

One Pierrepont Plaza
Brooklyn, New York 1120
Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

October 20, 2005

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted.*
*So Ordered.*
/s/ JSDJ
10/20/05
cc: Counsel

Re: David Schick v. United States
Civil Docket No. 05-3952(ARR)

Dear Judge Ross:

This letter is written to request a 30 day extension of time to file the government's response to the above-referenced 2255 petition. Due to the press of business, additional time is needed. If acceptable to the Court, the government will file its response on or before November 30, 2005. Counsel for petitioner David Schick consents to this request.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: /s/ Debra D. Newman
Debra D. Newman
Assistant U.S. Attorney
(718) 254-6198

cc: Richard Greenberg, Esq.