UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID SCHICK,　　　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 3952 (ARR)
　　　　　　　　　　　　　Petitioner,

　　-against-

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　Respondent.
-----------------------------------------------------------------X

　　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 30, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

　　　　ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.


Dated: Brooklyn, New York
　　　　June 02, 2006
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court